856 A.2d 33

In the Matter of Frederick S. SCHOFIELD, III.

No. 289 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

June 29, 2004.

## ORDER

PER CURIAM.

AND NOW, this 29th day of June, 2004, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated March 23, 2004, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.